UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
SI & TEAM, INC.,                                              :
                                                              :     **SCHEDULING ORDER**
                                    Plaintiff,                :
                                                              :     24 Civ. 4857 (AKH)
          -against-                                           :
                                                              :
PURE O NATURAL PRODUCTS,                                      :
                                                              :
                                    Defendant.                :
                                                              :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The conference scheduled for December 6, 2024 is adjourned to June 13, 2025 at

10:00 a.m., in accordance with the signed case management plan, ECF No. 20.  The conference

will be conducted by telephone, with dial-in information to be issued at a later date.


        SO ORDERED.

Dated:     December 3, 2024                        _____/s/  Alvin K. Hellerstein_____
           New York, New York                         ALVIN K. HELLERSTEIN
                                                      United States District Judge