UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SI & TEAM, INC.,<br><br>                    Plaintiff,<br><br>    -against-<br><br>PURE O NATURAL PRODUCTS,<br><br>                    Defendant. | 24-CV-4857 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I construe Defendant's letter (ECF 44) as a motion for reconsideration of my ruling that permitting a motion for summary judgment in this non-jury matter would be wasteful of resources and that this case will proceed directly to trial (ECF 43). The reconsideration request is not timely, coming more than two weeks after my ruling. Nor does Defendant properly support a reconsideration motion, in that Defendant provides no new information why a summary judgment motion in this non-jury case would be more efficient than proceeding directly to trial. The question whether Defendant breached its contract with Plaintiff is a mixed question of law and fact, so that a summary judgment motion will not necessarily resolve or narrow the issues in the case. Moreover, requiring affidavits in connection with the parties' cases in chief will not impose a significant additional burden on the parties. Accordingly, the motion for reconsideration is **DENIED**.

DATED:  February 24, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

1