**LAW OFFICES OF HOWARD BENJAMIN**
**ATTORNEY-AT-LAW**
260 MADISON AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10016

_____

(212) 832-3006

benjesq@icloud.com

February 27, 2026

Honorable Robyn F. Tarnofsky
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

Application **GRANTED.** The Parties' deadline to file the proposed joint trial order is extended one week until **March 6, 2026.**

The Clerk of Court is respectfully requested to terminate ECF 46.

Dated: February 27, 2026
       New York, NY

SO ORDERED

*[signature]*

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

RE:    SI & Team, Inc. DBA Sales Impressions v.
       Pure O Natural Products
       Civil Action No.:  1:24-cv-04857-AKH

Dear Magistrate Tarnofsky:

Please accept this letter as my request for a one week extension to file the proposed Joint  Pre Trial Order in the above matter.  The reason for my request is that Defendant's counsel advised this morning that she was out ill and I am unable to complete the form today since I am now not in my office.

The one week extension will not impact on the other pre -trial deadlines or the trial date set by Your Honor.

Respectfully Submitted,

*/s/Howard Benjamin*

Howard Benjamin

HB/ies

cc:    Fiamma DeNardo, Esq. (via e-mail)