UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SI & Team, Inc.,

                  Plaintiff,

    -against-

Pure O Natural Products,

                  Defendant.

24-CV-04857 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The telephonic conference scheduled for March 19, 2026 was not held because Counsel for Defendant Pure O Natural Products failed to appear. She was also late for the previous conference held on January 15, 2026. The telephonic conference will now be held on **Monday, March 23, 2026 at 10:00 AM.**

Defendant's Counsel is admonished that failure to appear promptly at the March 23, 2026 conference may result in monetary sanctions, including attorneys' fees and costs incurred by Plaintiff's counsel.

The parties should be prepared to discuss trial preparations. The parties are directed to join the conference at the scheduled time. **Please dial (646) 453-4442, Access Code: 895 628 246#.**

DATED:  March 19, 2026
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge