UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SI & Team, Inc.,

Plaintiff,

-against-
Pure O Natural Products,

Defendant.

24-CV-04857 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discuss at the pretrial conference held on March 23, 2026:

1. The parties shall have five copies of the binders containing their trial exhibits;

2. All exhibits listed in the proposed joint pretrial order (ECF 48) are deemed admitted;

3. The parties have not submitted any deposition designations and will use deposition testimony only on cross-examination;

4. Plaintiff intends to use any response to its subpoena of Olla solely for purposes of authenticating documents;

5. Plaintiff has provided no calculation for any damages post-dating October 2025 and shall be precluded from seeking any such damages unless it submits, at least 24 hours in advance of the start of trial, a revised proposed joint pretrial order containing a calculation of such damages;

6. Defendant indicated that she plans to serve a trial subpoena on an Olla employee, but the trial shall not be postponed due to defendant's failure to serve such a subpoena or the witness's inability to appear at trial on the scheduled trial dates; and

7. The parties shall submit supplemental direct testimony by **April 2, 2026** addressing a) whether the contract was intended to last in perpetuity, b) if not, under what

circumstances it could be terminated and if terminated, what were defendant's continuing obligations, if any, relating to payments to plaintiff in connection with accounts introduced by plaintiff to defendant, c) what constituted an introduction for purposes of the contract, d) to the extent the parties did not specifically address in their negotiations the issues of contract termination, continuing payment obligations post-termination, and the meaning of an introduction, whether there are any industry practices regarding those issues, and e) what if anything about plaintiff's performance under the contract changed in or around November 2023 that influenced defendant's decision to terminate the contract.

DATED:  March 26, 2026
       New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge