UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SI & Team, Inc.,<br><br>                    Plaintiff,<br><br>        -against-<br>Pure O Natural Products,<br><br>                    Defendant. | 24CV04857 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The bench trial scheduled for **April 6, 2026 at 10:00 AM**, before Judge Robyn F. Tarnofsky, will be held in Courtroom 9B, 500 Pearl Street, New York, NY 10007. The courtroom will be open at 9:30 AM for any parties who wish to set up before the trial.

If electronic devices and WI-FI are needed, Counsel are directed to complete device orders and email them to TarnofskyNYSDChambers@nysd.uscourts.gov by **12 PM on April 2, 2026**. Only attorneys will be allowed to bring electronic devices into the courthouse.

Counsel are reminded to bring 5 copies of the binders containing their trial exhibits [ECF 56]. The courtroom does not have the technology to scan documents onto a screen.

DATED:  March 31, 2026
            New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge