UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SI & Team, Inc.,

               Plaintiff,

    -against-

Pure O Natural Products,

               Defendant.

---

24-CV-04857 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On April 2, 2026, my chambers was copied on an email from counsel for Plaintiff to counsel for Defendant attaching Plaintiff's Exhibit 11 and a Proposed Joint Pre-Trial Order (attached hereto as Exhibit A). On April 3, 2026, my chambers was copied on multiple replies from counsel for Defendant to counsel for Plaintiff (attached hereto as Exhibit B). Counsel are reminded that all communications with the Court must be filed on the docket.

DATED:  April 3, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge